IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                          Case No. 2:24-cr-00009-KGB

MICHAEL BUCK                                                                            DEFENDANT

## ORDER

Counsel for the United States and counsel for Michael Buck requested of the Court, and participated in, a telephone hearing on April 25, 2025, during which hearing Mr. Buck orally moved the Court to reconsider its pretrial ruling with respect to his motion *in limine* to exclude the audio recording (Dkt. Nos. 45; 57; 58). Having considered the record before the Court, including all briefing and argument, the Court denies the motion for reconsideration. The Court's prior ruling denying Mr. Buck's motion *in limine* to exclude the audio recording remains in effect at this time (Dkt. No. 57, at 6–7).

It is so ordered this 26th day of April, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge